# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00527-CV

**Roger J. Lerma, Sr., Appellant**

**v.**

**Michael R. Maguire, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
### NO. 13-0-111, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion requesting that this appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Scott K. Field, Justice

Before Justices Puryear, Goodwin and Field

Dismissed on Appellant's Motion

Filed: February 7, 2014